<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1893**

KAMAR ADARDOUR,

            Plaintiff – Appellant,

      v.

AMERICAN SETTLEMENTS INCORPORATED, trading as Metro
Settlements Incorporated,

            Defendant – Appellee,

      and

CITI FINANCIAL SERVICES INCORPORATED, trading as Washington
Mutual Finance Incorporated,

            Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony J. Trenga,
District Judge. (1:08-cv-00798-AJT-TRJ)

Submitted: May 17, 2010          Decided: June 8, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl L. Crews, C. LOWELL CREWS, ATTORNEY AT LAW, PLLC,
Arlington, Virginia, for Appellant.  Craig L. Sarner, BONNER
KIERNAN TREBACH & CROCIATA, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamar Adardour appeals the district court's orders granting American Settlements Incorporated's summary judgment motion on Adardour's claim under the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196 to 59.1-207 (2006 & Supp. 2009), and her claim for tortious interference with contractual relationship.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Adardour v. American Settlements Inc., No. 1:08-cv-00798-AJT-TRJ (E.D. Va. filed June 23, 2009, entered June 24, 2009; July 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court had diversity jurisdiction pursuant to 28 U.S.C. § 1332 (2006), and we exercise jurisdiction over the district court's final judgment under 28 U.S.C. § 1291 (2006).

3